### Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 115  

**IP Address:** 100.38.72.53  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2D5FA199A130BDEF83F4A361170DDD983CED9C7F<br>File Hash:<br>0EF3DE71CD3ABA340DECA452D65EA5C6A340EF4827CB4C3B778DD913181D8D5E | 05/07/2024 03:27:17 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 2 | Info Hash: B09DA8D907CD0F3C2D3D3165F778BE270DDBAFCE<br>File Hash:<br>DBAEBE4FF301E52304FF5B72A7D88DFB630AA27E3F4D7E394ED6761FFE6DBEBD | 05/01/2024 19:15:39 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 3 | Info Hash: E697A58EC047B7E4DFE45EE1016E677B8BA61A25<br>File Hash:<br>E44CDCD5BCBAD56B867A06C65601BBD1C367FA9F7E80CE91FAFBD1B5FFAFAD50 | 03/01/2024 03:37:19 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 4 | Info Hash: 509328CFA1A9C0CAF00D72D5C014B7CE908A6EED<br>File Hash:<br>AD1A16C92F7159136356DBF28DF6B78EF6E3751A9F54C47E273D93954443ECB2 | 03/01/2024 03:36:48 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 5 | Info Hash: CB2DFA0AAD1EFA854A084931AEE92BF58301606B<br>File Hash:<br>2A22B4A80D7E9075D27A44E571600F89E6EA0B0545F14ED83827100EEDAC7BE4 | 02/20/2024 03:47:40 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 6 | Info Hash: 16F3950678C7C2552987CA9A505A028034CBED94<br>File Hash:<br>C307C44BC847BDEED9BB4ED6718EBD410DED2E20A73A681E34A27153CBC6C686 | 02/17/2024 20:50:37 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 7 | Info Hash: 4891EF9E5E61350B9898D0C21525B4CE0CDB4E83<br>File Hash:<br>EBEF0E4B370E41715BBFF327FB6A16049829262CE614DE0928BE8C90EFDCA8F2 | 02/12/2024 23:45:44 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 8 | Info Hash: 52128D70DCB8E7CDE0C717751625A2A59C523E50<br>File Hash:<br>0F6901DA699C7D31878325F575C5BF4064B3EA0008BD9F907128443F3842281E | 02/11/2024 06:30:05 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 9 | Info Hash: FE094F4A6AA87760EACF62D87E44DA08ED58BA5A<br>File Hash:<br>572A8CF9FD0B54948447E03381BC4DA46CB7156B3AF1100425FAFFF6F1666AA9 | 02/06/2024 00:00:26 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 10 | Info Hash: 28075E6DB1CD71B56E1338D3AF9E09A4EA4DF64E<br>File Hash:<br>9B13EB23CF5173248D5AE414F1DE6590FC967894498F47A9BDF21922C109C862 | 02/04/2024 16:00:24 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 11 | Info Hash: C2CB05B2F4F9468D51F54421908C53D4B19731AE<br>File Hash:<br>94EBEB9520F802BC46A5185277517027FBE8BAC869532EE5303269779F6650AA | 01/30/2024 01:17:58 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 6DDD333FB305CDB56B395151441F571AB8C621EA<br>File Hash: 306B202A7E8F7E411B85C74C8ADC83F7A001A3558F55BB8E2B7FF7447A73DAE5 | 01/28/2024 02:17:20 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 13 | Info Hash: 775E209BEF15B1608B2C57D5F94105F0A8F2FEA2<br>File Hash: 6CF30846B9C22DF42F9C5B2D0CE77A0575637AD3FEC1182F88134833A2EFE05F | 01/26/2024 06:34:36 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 14 | Info Hash: 13594CE970C7BFB84B93E81E7135E927A6BF6648<br>File Hash: C9E4F45F79C1BB39872860DBB6114E8CA81A32656D83E62FF54E3D7344CD8790 | 01/26/2024 06:34:19 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 15 | Info Hash: 8B68FDC96A21B7BF2E60240F9854AC33F3A3382C<br>File Hash: 8D0018931E6CDE4A7B60FD96CA4FCBD6AF07F5BDE0C4F44C4932F3BF882F5EE8 | 01/26/2024 06:34:17 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 16 | Info Hash: 50A77D284E42CA28F0706167B9EE4ECD391FD5DF<br>File Hash: 5E0D7A277FEB511CE3F7E0BED3A27CE0DD2805998AAF96B8DB505DD5ED89443D | 01/26/2024 06:34:14 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 17 | Info Hash: A45777983C21F22FEFC25374647F6D6CF92F3624<br>File Hash: 483A09F8AA8B9B154A85A287D4B4B3E156434E1905A5642FB377D66F63AC72E3 | 01/26/2024 06:34:07 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 18 | Info Hash: 228BDF7B35134F9F3CBC9100980E2C904220A766<br>File Hash: 7002F482772585B290B505F343391ACCE1194D305CFF3672354D1ED42FA26B57 | 01/26/2024 06:34:07 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 19 | Info Hash: EB51B59C4CEFD5F39BA4CA3E2D417DE1EA355E7B<br>File Hash: E94EED135C0BBEC36B615240A5944EE94058DC617B78FC81C3027E2D1BFC6C92 | 01/26/2024 03:33:48 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 20 | Info Hash: 292EF1FACE52D806844BFDF4A481EC96224F518F<br>File Hash: 2CFF2E6AD0BE136FB5DB4636F363B4704D766933D2A1E8BC373EDDDA0C12E71D | 01/26/2024 01:12:46 | Blacked | 01/22/2022 | 02/14/2022 | PA0002335440 |
| 21 | Info Hash: CB7D4CE57A15089DBF2EEA98D77FBD97B4E1FC28<br>File Hash: 06663CCC29E6A66679DC676134DB0C0F1350B28EE8B73501CC9670D7C1CB2733 | 01/26/2024 00:27:50 | Blacked | 01/08/2022 | 01/17/2022 | PA0002330123 |
| 22 | Info Hash: 98EF7B09784062335AA145BEEA2F452AA055F698<br>File Hash: 719E1E578D47DFFED4F92C5A1FCE5BB7D042EC0C19756C84B09AE7BE80119F29 | 01/25/2024 23:46:39 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 23 | Info Hash: 2E02D5472E4C024455FDE8BB41CFACAC21B69B8F<br>File Hash: 8E3E3332D3C95447A2DAC6FE86466BE3BF04699036DF64B823AA2622445ADD84 | 01/25/2024 23:42:31 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E0EB887CDB57670B1C52C3E2FE456F5B79E83CB7<br>File Hash: CAD14980781CD84A5399CD2CB74CB3A12599F756A33DDB990D2EBC8F480F66B7 | 01/25/2024 23:40:56 | Blacked | 01/15/2022 | 02/14/2022 | PA0002335487 |
| 25 | Info Hash: BD65F37072EFF84BC8092D0B8C9744B25B76757E<br>File Hash: C9CCF79217A46BEDEF33E52DA8D573EA3EE981745F35C75FB55BC6825B30BA46 | 01/25/2024 23:40:08 | Blacked | 03/12/2022 | 03/29/2022 | PA0002342846 |
| 26 | Info Hash: D1844563D580D231EE199DCA7F4CA49D13C07762<br>File Hash: 169B69D7705EF4B97CE02022096C76C29C83FB0CC986BEE7B9AD123586697018 | 01/25/2024 23:36:07 | Blacked | 02/19/2022 | 03/29/2022 | PA0002342851 |
| 27 | Info Hash: 09E7839B95E8E02656442CF93A8F61BFDF16B287<br>File Hash: 5B5A0ABC3C9B38624D49892941792F4F55335D9F973381E80245AFED5C8AE4F0 | 01/25/2024 23:34:25 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 28 | Info Hash: 98E8FF7FF56F9AD6FD90ABE7AAE92BA00E22CD19<br>File Hash: 95697618C09858F36CEC0CDE65F7026BB93014748422216B0DDDE9910B006B86 | 01/25/2024 23:27:37 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 29 | Info Hash: 05AABFE18D93263255405380961E28F50F609D39<br>File Hash: 2D6B2505A3B4CD427532B08BF32D00DB405A963C4BB6C0F40E25C239FEDD9D08 | 01/25/2024 23:26:31 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 30 | Info Hash: 19BF09AA85213AFC6F439440296621BBC48736DA<br>File Hash: 6DA5DBB8293E22FC9520078EF6FC9D3C6C2E47DA7E6F7E248E203D55083D5139 | 01/25/2024 16:18:44 | Blacked | 08/28/2021 | 09/21/2021 | PA0002312681 |
| 31 | Info Hash: D5E3CCCA7C11A41D11BD3A9AFC58413387C15272<br>File Hash: F690BCA310925176EC1888AC2F7AD47A1BD49A741D8BC68E569ABB3156682EB5 | 01/25/2024 15:59:36 | Blacked | 11/13/2021 | 12/09/2021 | PA0002325812 |
| 32 | Info Hash: D4636DE0A6D69AB781A2F0298F4530DAFBDED7BC<br>File Hash: 34ADEEBA48F7F19ED5B5E942338C06F4EF2E8EC5759EF0307B237E489B7D1671 | 01/25/2024 15:58:57 | Blacked | 07/24/2021 | 09/21/2021 | PA0002312682 |
| 33 | Info Hash: A6941D71964F920DAB80C2F05AA8D9281D10F2B5<br>File Hash: 390EF9FF2DC9D8DBC5BC627E953BCDD7C80E58B56B2E4B2A14054EFD1335F781 | 01/25/2024 15:58:29 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 34 | Info Hash: B8AD8FF3324FA3498D88796537A365987A9025FB<br>File Hash: 459485322ACFB4347ADD22097635CC4EF8EF6DBF6AAE86D7C351CBA3B5DE91FC | 01/25/2024 15:58:24 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 35 | Info Hash: D5DCE3CFB609647A1DD133DE0D008DB11B0BCF39<br>File Hash: 3E20F368D093C59897A657E31906DBE629E4CC83F6F480CF811B1956E429E659 | 01/25/2024 15:58:19 | Blacked | 10/09/2021 | 10/19/2021 | PA0002317059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4616D69E04F07B21BCA9188B66E83F0DFAE0D068<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 01/25/2024 15:58:14 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 37 | Info Hash: 23C515B4CA8FA9E10509275B94D873A556BF5FCD<br>File Hash: 330B150DBEA525078B65E00E7A9420F446B07105337EA9C1A113AE9778092EC6 | 01/25/2024 15:58:04 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 38 | Info Hash: 2D2936C9949C61658E8179FFC79F1E453388611D<br>File Hash: F97B056FD945D1200F100DD829CB167132888DF99E8D5DCAA81B00A9715F0D3A | 01/25/2024 15:58:04 | Blacked | 09/18/2021 | 10/05/2021 | PA0002315291 |
| 39 | Info Hash: 35DBA0F95BCB2F47F7C07628ED82AC5BAF8DBFA9<br>File Hash: 23DE6C5CDEE264724ADAF90B3F2B0985DEACBE266063E343A54196BE58FF4EF6 | 01/25/2024 15:58:03 | Blacked | 07/31/2021 | 08/23/2021 | PA0002308430 |
| 40 | Info Hash: AB68E0DE93AC2C6943A567A522A306E969FC7642<br>File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 01/25/2024 15:57:35 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 41 | Info Hash: 81FF0AB7D250E5C592D08BFA29983585426C5F0B<br>File Hash: E55963C558E229DFB329EF484C56CCC10B115F325ABC4CF75EDCAB3B51D862E3 | 01/25/2024 15:57:28 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |
| 42 | Info Hash: 001E0F39326631FE31785EF3C400F1AE91408417<br>File Hash: 414DAEB88BE5D7607E796A1C0F3BEE8626C4E2255B3D6C973D41D08837EBAEDE | 01/25/2024 15:57:22 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 43 | Info Hash: BEFA2F7603AFDDBAAE5B6F59BF41C10B6EBF75F8<br>File Hash: D3A42C2F7CAB7EED25123E98B4CD09165CD848C3684F48982B38778191FA6A0B | 01/25/2024 15:57:14 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 44 | Info Hash: 38B471A215BBA9CF9087011F402E475F14E83E0D<br>File Hash: 24155047C74304B169AEDE8C2FB38D68D1E5EB7BE81C46499BD186E5A88ED672 | 01/25/2024 15:57:08 | Blacked | 07/10/2021 | 08/02/2021 | PA0002305090 |
| 45 | Info Hash: AC3E363DDDED571A47A81CD70D9105297DCB0C72<br>File Hash: 81A2EC961280AD88B37AB55286C35A2115950C29E5BC6EC4C02606F1BC41605E | 01/25/2024 15:57:07 | Blacked | 06/19/2021 | 07/08/2021 | PA0002300660 |
| 46 | Info Hash: C674B49180BA76D66412152C2DD7A7417E64AF99<br>File Hash: 25938D3850AE72E61A04B3345CAC944874628B2781C3B8A75BEDC2CC467F984D | 01/25/2024 15:56:54 | Blacked | 12/11/2021 | 03/04/2022 | PA0002345793 |
| 47 | Info Hash: B1373CF2699826534503257229313F4136C1FCE5<br>File Hash: 6C2E478E1DD73CDD2AB370ECD5FB8D826751C6DB11E90D03DDAD0DA575E11AC5 | 01/25/2024 15:56:48 | Blacked | 11/06/2021 | 11/11/2021 | PA0002321284 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B154777657CCE3782CB0E7E8307E5E6CABBC00B6<br>File Hash: 07B89DCCCAB56FE8553229B3CCCE4FC5A7DCDE5338E9FEF0C5B3DB987BDBD7C2 | 01/25/2024 09:46:51 | Blacked | 07/03/2021 | 08/02/2021 | PA0002305091 |
| 49 | Info Hash: 5FA7DA56524CA26716380FBF08B005AD4C61140F<br>File Hash: 9E504CAEF09D109D22FA8E739FF4C6D22F82A6C8BC452C8F8A394FF6C1F6E617 | 01/25/2024 09:39:20 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |
| 50 | Info Hash: 9A88FD9B8761486E7487791006702F1B0B8B295A<br>File Hash: F1470BA191275B20CE30C0EA96110DEBE1A66B9DA1FDA62CE139276A33F1EF5D | 01/25/2024 08:49:40 | Blacked | 12/18/2021 | 01/17/2022 | PA0002330124 |
| 51 | Info Hash: 1311E48A83FAFED5560E941F830DB7BBBDE7E4AD<br>File Hash: 12178EBF9EED0C8A5741B1CF4FACCA946B2B5EA71C9C938564D222125BCC2568 | 01/25/2024 08:28:22 | Blacked | 12/25/2021 | 01/17/2022 | PA0002330103 |
| 52 | Info Hash: 594E21AEAA1B6ACD7602AF8F2C91DC7E0C33A3CC<br>File Hash: 7E865F9F1249FD9A426A9A4ED83E532501753F268F38079288B128077B579C7F | 01/25/2024 07:47:24 | Blacked | 09/25/2021 | 10/05/2021 | PA0002315288 |
| 53 | Info Hash: 74CBBECB65F29E12AD4C298A7847D411F3328408<br>File Hash: 51C06A72BC81839AFE52CF59D3EA29D620F3C5F703145F8900B39B3043EB60CE | 01/25/2024 06:48:51 | Blacked | 09/13/2021 | 10/05/2021 | PA0002315289 |
| 54 | Info Hash: F4AAA245113EE1D3F7C3D967E436270A0C5D07D3<br>File Hash: 7E084B46B682CB1A6B73A403CBCB0E76B4A0C695EBEE652EC36F260366AE6827 | 01/25/2024 06:45:50 | Blacked | 07/17/2021 | 08/02/2021 | PA0002305089 |
| 55 | Info Hash: 103FA330DB8DA70568AA3EBE09CDB03EF793D877<br>File Hash: 8D950358CBF25C72F5FFCDCD90ED4C2293BFE1308B38859832EDB005DDF21C3F | 01/25/2024 05:56:05 | Blacked | 08/07/2021 | 08/23/2021 | PA0002308431 |
| 56 | Info Hash: 5143001E64B720F5AC774760031A3DF4EA4BAA9B<br>File Hash: 1796D94D891EAAF1225A4D224E12787274F5269207BA303C24E84A1546ECCD15 | 01/25/2024 04:59:04 | Blacked | 09/04/2021 | 09/21/2021 | PA0002312679 |
| 57 | Info Hash: 4C9C292A004322BD9169E43552B6547B6B36ECD1<br>File Hash: FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 01/25/2024 04:58:13 | Blacked | 10/30/2021 | 11/11/2021 | PA0002321300 |
| 58 | Info Hash: 6D94AF64C775CFCEAF34A74A07276A696253F5A7<br>File Hash: DFD9F155FB827FC5F0F13B351BD69CDAD89B00C1D7B4306F6B12E8E5DD8A496C | 01/25/2024 04:35:44 | Blacked | 10/23/2021 | 11/11/2021 | PA0002321276 |
| 59 | Info Hash: 0F93BD7485FD4E37CB2CA1BEFDBBBB7D90C7A359<br>File Hash: 916283F5E5E15B36625505104FE201F2A7FDCAB90084F77CBB1E2721AF536136 | 01/23/2024 15:10:52 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 60E1C605B72CD91E72600CA8CBCE8B83254C692B<br>File Hash: DBF58E68B01896BB25F3151EEB39027D3CDA28EA073F166A623216872DC56618 | 01/21/2024 05:17:27 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 61 | Info Hash: 319CF039F6AEA0C3F3067334361ED8D3469EB8C2<br>File Hash: 2A5EE6332865E7D1AECAF3C678D7EF5624973612F99DA63670B71163533B5AD2 | 01/18/2024 03:33:39 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 62 | Info Hash: 2FD121C5BDF053F4ABB9D1D765731F5C2525F5AF<br>File Hash: F3D79CCB3BB7A91D91D0D21D994526F36385EC028433B690EEFF100F2F55A32A | 01/15/2024 22:10:40 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 63 | Info Hash: A5A63C1A632D1923E6A312EAB25786CDAD47A399<br>File Hash: 83FF85FB826597314B7BEC0E6CA4B403BD19CC9A303603AFC0E6F23535895F5F | 01/14/2024 03:47:25 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 64 | Info Hash: B4A9B47FD2D67B1A29C20B968466BE86DD29753C<br>File Hash: 66BF53D386B41A65D98F488F7522B23FA6A5ACE9564FA3AAC3B84C3B99233625 | 01/09/2024 00:10:38 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 65 | Info Hash: 717B23AFA020E344534B78CBA89EADC950EF8419<br>File Hash: 6C9FCEA061541DB1410522AEE3C9A19DE6F5D13170AFD912A74196568B28719A | 01/07/2024 15:31:31 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 66 | Info Hash: 2B14A70FD94ED5B87CAEDAA0533D289AA32AFB54<br>File Hash: 77984BD50BCE8F7181663B80630971480CCA7424E350F0F240278606C35BB5A3 | 01/01/2024 22:09:58 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 67 | Info Hash: E14CF8BF78C0E2735198916459BD6B87F1B32BE5<br>File Hash: 6D00BDADBDDAC56CEA0E81A91A5E7B306D360EABD1F327958962572BAEACFA6D | 12/31/2023 02:40:08 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 68 | Info Hash: 3A5208FDE75558B398B0C6D070CB53195B6CD070<br>File Hash: 49D0BD428642867B9EFF00888C84B73C95B2A04F341A2F67A540AF6D8D8E96D1 | 12/26/2023 05:46:51 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 69 | Info Hash: BE7871622824AE5C2CFA781A1B9867155127F8DB<br>File Hash: 3C997225FF6D45C03353FD804983767B8D69B8C487EB74D3DA408E55A35A1F0A | 12/24/2023 01:50:13 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 70 | Info Hash: 85BA7FFCAF1D19C39564F3DED085278CFD398381<br>File Hash: B62E10C4057444DD179CAC61066F3330DB216519D78A0060AA17A2AB6E48E131 | 12/23/2023 06:23:52 | Blacked Raw | 03/07/2022 | 03/29/2022 | PA0002342845 |
| 71 | Info Hash: 4FE256CD25A6D1001612DD4F852D8A6F4943D681<br>File Hash: BDC7A14B52369C4D37F979D3C429A9C28154B0881060787FD5F2C6D7039D6212 | 12/23/2023 06:14:40 | Blacked Raw | 02/14/2022 | 03/29/2022 | PA0002342705 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 8CA86CDF6AFE3B09FE0090E6233DE76E4E5128F8<br>File Hash: 2B69EDC0E4D27000A2ED3CF9595E6D5ED63A87F3B13480A164D5CDF754B270FC | 12/23/2023 06:08:50 | Blacked Raw | 01/31/2022 | 02/14/2022 | PA0002335501 |
| 73 | Info Hash: D9790CB4EEAB2AE950194864236DB7FB4816EB55<br>File Hash: 021D6D2EC2D8EA762D697E68E90BF7BC9284360CCC56FC3ABCC7CA28F2704645 | 12/23/2023 06:07:54 | Blacked Raw | 03/14/2022 | 03/29/2022 | PA0002342865 |
| 74 | Info Hash: 7A75D5D5B93C6A5FDC335522FEC6CC068E9E9379<br>File Hash: 797E272D0031B58F7828C0BD14039B5D5411E70F0BF88C6DDA065097CC308989 | 12/23/2023 06:05:48 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 75 | Info Hash: 82B3CB338069514A67D9598343348757566505E7<br>File Hash: D8EAEB36EBB7D2142E151EE7CFD7160EBA631503E43993DD8AAE1DD8A852BED6 | 12/23/2023 05:58:40 | Blacked Raw | 02/21/2022 | 03/29/2022 | PA0002342850 |
| 76 | Info Hash: 8BA8764544F1FBE6BD82F7923A3B95017B5096D1<br>File Hash: 36C3CDB7883E1838A70BEF3D31D3FB40D3369B836E3C2DBD01FC0AD89C963B4C | 12/23/2023 05:55:40 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 77 | Info Hash: 6EF453FBC5841EA5CCB982F8342258FF791485D4<br>File Hash: 39DC87E7DE2DDCF427DE5B195CC0DA8A271ADAD5E15FF9DA71B313CC4DF89A2C | 12/23/2023 05:43:22 | Blacked Raw | 03/21/2022 | 03/29/2022 | PA0002342707 |
| 78 | Info Hash: D83193406915569AEF36C3243A108D067BB4362C<br>File Hash: 4892EE5320670C6E62AD1E84123CA19A42990CC5A10FEFD112CD7B26D9F15565 | 12/23/2023 05:42:28 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 79 | Info Hash: 014C085CB2AECFF2A81567D6888B02B485379E22<br>File Hash: 5D7EE5A70E9BBA3DFCB17199D821FF9F135803E76D9905FBC3CB34039AB226E1 | 12/19/2023 13:46:09 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 80 | Info Hash: B81C9C0A0574CF67B8A99A4C0C11CD4AD413BEAD<br>File Hash: 5EB604A7EA4E9045BE0A9EBC51CFAF3A4BCB5A09816A892EBEDF17543D5C2BD6 | 12/16/2023 20:51:08 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 81 | Info Hash: A7770544B4B90C68B42B29A6AF976A000F2B3BC2<br>File Hash: 51C286BE6CD30C206CEA5FFA8C318766EE7C8B4601223EB668C2D57B6E0322F1 | 12/16/2023 18:42:51 | Tushy | 10/02/2022 | 11/27/2022 | PA0002388605 |
| 82 | Info Hash: 2425B4394AA3AA117D74786BFC49C3B637B13A59<br>File Hash: D3A333CDF04CBBA26D160C9B6574E23C5AB9AE7F0BB3332255A0E10EF5D078A7 | 12/16/2023 15:41:43 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 83 | Info Hash: C15A328E2D38D974F72346851DA1861A51837CB5<br>File Hash: 1ACAA27A9BDAE8AC1EAEDF752E6A19580640B8522551A477149A179CC9B78EC7 | 12/16/2023 15:28:51 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: B124B5334556DED72152EF523BD44B9930AFD416<br>File Hash: 2BCED3E3DF5FDE4179531195D2EB16C2D89AAE9FE88787D3929EC10A0535A2FC | 12/16/2023 15:06:14 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 85 | Info Hash: 9BD3D01AF23768276DA7E0D2D18962601DB05AB0<br>File Hash: A2B7F3CAEC59E2AC86D764355868CDE7FDE9D28F04D113995BE3E92FCA71579D | 12/16/2023 15:03:01 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 86 | Info Hash: C2B4D996746CFBB54EA56F9585792ABDCF8EC9E3<br>File Hash: BFA7FA2B203F9CF7B08F854E86195ADAC2AD77D4C28436402621B97FAE13E535 | 12/16/2023 14:38:38 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 87 | Info Hash: 22D2FF7ADC09FB52244F0FF2FE28AD3FE76FF431<br>File Hash: DA884C1C5DF4A725A8BD3D9790888DC862C14557F788E534226C60688A6FC0DA | 12/16/2023 14:31:36 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 88 | Info Hash: EAA670C41FF4A8B22D552DB18D4CDB8895223286<br>File Hash: 984BA413E3F5CAFBEE145E72B500F8ED883EF4E8AF46DF777F4655CBCF746D37 | 12/13/2023 23:55:28 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 89 | Info Hash: 23D3CE3557E644C17418CEAC4812D24F84D107B8<br>File Hash: 050694B6087D17EBDC739FFD3B751DFE4CE02B713A23288972DF4DE645FD86ED | 12/13/2023 23:54:42 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 90 | Info Hash: AA8D92700920045B252BA8228FBFB04012A2C0E7<br>File Hash: 65CE1D1FDDC1A22DD738E84BBE563A7ABA63EC9EC0E2D9527FA13DA923227417 | 12/13/2023 23:54:36 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 91 | Info Hash: C41754346569AC83F54C660EF03B475FAEEBC475<br>File Hash: 8D6B4EB45D7879CE8B9B484FB8824F8B0F1C03C18E996B970472B8A566CBAB7E | 12/13/2023 23:54:08 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 92 | Info Hash: 14FF5D565F3D5DDC2B5288FFBBB3476330378118<br>File Hash: C9F70EFAF6191ED27C00882AD5385F217A22F108958EA9D630E6EF75AA1550FC | 12/13/2023 23:48:55 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 93 | Info Hash: 06952B6D7BB3A217E30DF462DF5A4691F41EC058<br>File Hash: E07F34F319324C7C441BC0C9A5D10BAB45913631C865E0852E66508E035C2B45 | 12/13/2023 12:34:03 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 94 | Info Hash: C1E76365EF7D7BC800205365F8FE1B44237D631C<br>File Hash: 9613B0902E0478A9F2B46649E713D8F0FD5265E558BFC65C01F3B83470C8EE99 | 12/13/2023 12:18:16 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 95 | Info Hash: 710B90A3B181DD5B84409F55F2DE9315DDD7E968<br>File Hash: 3A4430E834A9B987C909156A866BB42CA70E4460F8DE7C58C700CE34662EBA8B | 12/13/2023 12:18:10 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: EB93D9FDFE91FE6457AAE5822CD72F3CACFAD0CB<br>File Hash: 8E338F68AADE9CDAF17DB7246EA33FCBB7976B94A52C6BF63974D5CB75920CE5 | 12/13/2023 12:17:13 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 97 | Info Hash: DCE8B1F8D5666ECB9FA19D52AAED9B285CF07111<br>File Hash: 8DE5E6E423905E2E5BE4AF124DA2036CA070E24832403995248B6E96948BF9F0 | 12/13/2023 12:16:37 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 98 | Info Hash: 3FBB1ED8500DB744D605D90E5BA0A96AAF85C288<br>File Hash: D366136363996D0E8475DE9AB3E255D484E06B0ADD387F2E6AF2E811F2B372E4 | 12/13/2023 12:16:00 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 99 | Info Hash: 94B662D93A080BF970901D6A10EEFAB2B894D089<br>File Hash: 31DA006DBB98E826F763612ABD5C854A190C45D3B6A7AC6C70D53FC1023AE181 | 12/13/2023 12:15:55 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |
| 100 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash: F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 12/13/2023 12:13:49 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 101 | Info Hash: 712C72A0CA149BB66DFC3BEE5592C38F13DD30AE<br>File Hash: BB3262453ED7D8BA0C4D17979B64B9CBAB785046248C12415DE92A1F2C91F282 | 12/13/2023 12:13:34 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 102 | Info Hash: C1697BE3D9BA9E2F93B59DFFDC9FA7EC4C373E72<br>File Hash: 7FE200E4A6EB93FFF11AD47A45057533E221657A0778AFAC9D29C5F7CBA08238 | 12/13/2023 12:13:16 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 103 | Info Hash: F804E4D8E065CBF4DCF90E73A5AD05A47D9778C8<br>File Hash: 7779256030E63BC23C91FCCE35EAB9FFC2E9BD68F0EDDE32875ABA2C43B0DF54 | 12/13/2023 12:12:11 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |
| 104 | Info Hash: 63942AA9A603D37448FBF06D197882B80A992E65<br>File Hash: 2D8E4D7E79CFA9A9D57AE077BE384E1CA9AA775F436C842117D5569EE775EBBC | 12/13/2023 12:11:51 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 105 | Info Hash: F3EBC615D18D3097E921FE882B37D3C8EEA91AFD<br>File Hash: 264A465F3609B79EC83483275F51E01A6AA3EBACC57579CAE865CB86298760D4 | 12/13/2023 12:10:23 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 106 | Info Hash: 77165309DDAD6C5017B45388ED441584A420BEA3<br>File Hash: 4E2BF982D975F0F689EF689FB5F13B3B3470DE05471F95261C89C4375270D98D | 12/11/2023 23:13:07 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 107 | Info Hash: 2728B98A89D318290808886883CA085CF873313E<br>File Hash: 58B53C3921E1CD13C4C41307F7A58BEC53AAB5A95A7902464C0F5F31977DA652 | 12/09/2023 19:56:23 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 52607F35EBC4B1DDBA831FAEA0BB9F1BABB83EF3<br>File Hash: 21316C105DB16BB5BEDAC70A8B94A3D4216D9188C60E5981959F08DB838A5235 | 12/09/2023 19:40:07 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 109 | Info Hash: 00148BFD2178C2020A1A798A93B4287CEB4C4AAD<br>File Hash: 726C8D33E6BDBC80D2A79A5DF92848FD9C4D515417C548C49DDC4B118D426F11 | 12/09/2023 19:08:38 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 110 | Info Hash: B31F74F15E76D0EDC7791A406D47AA56D8567794<br>File Hash: B4589BC7692B8E6FA6B310ABAC1E522F730FD9A3D1D81EDFC31E36743390E02A | 12/09/2023 19:08:34 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 111 | Info Hash: 63B361FD44E30B188D651D7FEA1E08DD74967C73<br>File Hash: 7EDCACDDCFEF500B6B5DD495809E9282C9316AA0BAFE5E302AF4A43F7EFC8D38 | 12/09/2023 19:08:29 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 112 | Info Hash: 05F28FD2C56DF7A889C8EC5DC78DB2F8FFAF692D<br>File Hash: 54724734B2203F47456B0C1D3D3FF71B8EC2FABE8E93BA09DDB4ECCCAADC8F94 | 12/09/2023 19:04:49 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 113 | Info Hash: E73AD148CE8170240C304E1D191C8865D3BFBC70<br>File Hash: 88CF3E9A4433EB737F4655D6CD836612903E858FEAF7A7E5D5BF076133749C46 | 12/09/2023 18:59:54 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 114 | Info Hash: 22A33D5832765A307DACBD384F85BC88C99F909B<br>File Hash: C1709914FF5868EEDE6A812D200F06B64CDCC78AC23E9A3FF49666CDC4C6A123 | 12/07/2023 17:54:22 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 115 | Info Hash: 1064C8559C95522534A2CDF212B3EB5BAF5879CF<br>File Hash: 9C4008C6DF53EF060B1416F5D78BBDDD74C86C45F9899E4038EF13A67412A440 | 12/07/2023 14:04:11 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |